**430**

■

## DEMING DIVISION, CRANE CO., Petitioner,

v.

## The NATIONAL LABOR RELATIONS BOARD, Respondent.

### No. 75–1736.

United States Court of Appeals, Sixth Circuit.

Dec. 17, 1975.

Thomas J. McDermott, Joseph S. Ruggie, Jr., Keith A. Ashmus, Thompson, Hine & Flory, Cleveland, Ohio, for petitioner.

Elliot Moore, W. Christian Schumann, Deputy Associate Gen. Counsel, N.L.R.B., Washington, D. C., Bernard Levine, Director, Region 8, N.L.R.B., Cleveland, Ohio, for respondent.

### ORDER

Before CELEBREZZE, LIVELY and ENGEL, Circuit Judges.

This matter is before the Court on the petition of Deming Division, Crane Company, to review an order of the National Labor Relations Board. The Board has filed a cross-application for enforcement of its order. The decision and order of the Board are reported at 218 NLRB No. 1. The Board granted the Motion for Summary Judgment.

We have carefully and thoroughly reviewed the files and records in this cause, together with the briefs and are convinced that the principles enunciated by this Court in *NLRB v. Brown Lumber Co.*, 6 Cir., 336 F.2d 641 are applicable.

Upon consideration it is ordered that the enforcement of the Board's order be and is hereby denied.

■

## Louis VARGO, Petitioner-Appellant,

v.

## COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

### No. 75–1863.

United States Court of Appeals, Sixth Circuit.

Dec. 10, 1975.

Leonard Saltzer, Cleveland, Ohio, for petitioner-appellant.

Scott P. Crampton, Atty. Gen., Gilbert Andrews, Asst. Atty. Gen., Tax Div., U. S. Dept. of Justice, Washington, D. C., Elmer J. Kelsey, George G. Wolf, Meade Whitaker, Washington, D. C., for respondent-appellee.

Before WEICK, CELEBREZZE and McCREE, Circuit Judges.

### ORDER

This appeal was assigned by the Chief Judge to the panel for consideration pursuant to the provisions of Rule 3(e), Sixth Circuit.

Upon consideration of the briefs and record before the Tax Court we are of the opinion that the Tax Court did not abuse its discretion in dismissing appellant's petition for want of prosecution.

It is therefore ordered that the decision of the Tax Court be and it is hereby affirmed. Rule 8, Sixth Circuit.